# Exhibit A: Affidavit of James Eady

**STATE OF GEORGIA**

**COUNTY OF Camden**

## AFFIDAVIT OF JAMES EADY

I, James Eady, being duly sworn, hereby depose and state as follows:

1. I am a resident of Chatham County.

2. I am over the age of 18 and of a sound mind.

3. I am not bound by any non-disclosure agreement and am free to testify these facts.

4. I began my career with J.C. Lewis Motor Company in March 2001 and served the organization for over 22 years until my forced departure in 2023.

5. During my tenure, I was the first Black General Sales Manager, the first Black General Manager, and the first Black Executive General Manager in the history of this fifth-generation, 114-year-old company.

6. By the time of my departure, approximately 90% of the dealership group's managers had been trained under my tutelage.

7. I mentored and promoted Justin Ward to General Sales Manager of the Savannah location because he was a high-performer and the company's premier "fixer" for struggling departments.

8. Based on my direct supervision of his work, Mr. Ward consistently outperformed his peers and managed the largest store by volume and profit with a spotless HR record.

9. Following my exit in October 2023, I observed what I characterize as a systematic effort by the owners and executive leadership team to rid the company of high-level Black management.

10. This purge included the removal or forced departure of nearly every Black executive and general sales manager, including Mr. Ward, as well as the Corporate Finance Director (Clarence Gadsen) and the Marketing Director (John Delaney).

11. I can testify to a "dual-track" system of accountability. For example:
    a. Mike Johnson had a secret sexual relationship (and a child) with a direct subordinate. Instead of being permanently removed, he was rehired within two months and ultimately promoted to General Manager.

b. Mike Offer had a years-long ongoing relationship with a direct subordinate (I was the one who first blew the whistle on him in 2023). It took years for leadership and owners to terminate him. When they finally did, Offer was paid a substantial salary for the duration of said year.

c. Jeana Burke was the subordinate who had sexual relationships with Mike Johnson and Mike Offer. She worked for Mr. Ward at the Savannah location. She complained about Mr. Ward to Mike Offer (her paramour), which ultimately led to Mr. Ward being constructively discharged for being "too hard" on employees and because "nobody wants to work with you."

d. Joe Welch used racial slurs against customers in the dealership and was known to berate and harass employees. He's still considered the "Brand Ambassador Manager" of J.C. Lewis Lincoln.

e. When Mr. Ward's pay was cut in March 2026, I am aware that Ethan Lazondak, a white finance manager, received a $6000/mo. pay raise.

12. While white employees committed egregious fireable offenses but were allowed to keep their jobs and even promoted/rewarded, Black managers were often demoted without cause, trainings, or write-ups.

13. I am certain that GSM pay plans were crafted to supply such a position with an income of at least $25,000 per month.

14. I am certain that the then GSM of J C Lewis Pooler, Justin Mastronardi, received such a level of compensation of more than $25,000 per month.

15. I am certain that the owners of J.C. Lewis are in-the-know and complicit regarding these discriminatory activities and the disparate treatment of Black employees.

16. My own departure in October 2023 was the result of a contractual dispute where Walter Lewis allegedly engaged in deceptive tactics to withhold over $2.5 million in deferred compensation that was rightfully mine and promised to me.

17. I believe this financial sabotage was retaliatory in part, stemming from my role as a whistleblower when I reported executive Mike Offer's prohibited sexual relationship with a subordinate (Jeana Burke) to Walter Lewis as the result of finding by Julian Lewis and Stephen Staton.

18. Because the full scope of this systemic pattern of racial purge only became clear to me after observing the departures of other Black leaders in 2024 and 2025, I believe my own claims for discrimination and breach of contract may remain timely and actionable.

19. During my tenure, I was approached by President Walter Lewis to become a second-position dealer (F2), which would have allowed the company to apply for Ford's minority dealer programs.

20. I explicitly declined this F2 role three times. Despite this, I discovered that Walter Lewis and Mike Offer deceptively told the family shareholders that I *wanted* the position — a lie intended to facilitate installing his son, Julian Lewis, into the leadership class.

21. When I confronted Walter Lewis regarding this deception, it caused an immediate conflict. Coupled with the retaliation from blowing the whistle on the Mike Offer and Jeana Burke relationship, Walter Lewis stated he wanted to keep my deferred compensation "on the books" instead of investing it and had Mike Offer (the person I blew the whistle on!).

22. These actions were not the result of rogue managers, but were direct, calculated strategies by Walter Lewis himself to utilize my race as a financial tool for the dealership while simultaneously undermining my career and the careers of other Black managers I mentored, such as Justin Ward.

23. I am personally aware of the circumstances surrounding the demotion and departure of Clarence Gadsden, the former Corporate Finance Director.

24. The tactics used against Mr. Gadsden — demotion without cause or prior coaching — directly mirror the tactics used to push out Mr. Ward.

25. I am aware that after rehiring him in 2024, executive leadership stated "Mr. Ward will never be GSM again."

26. It is my professional opinion that Mr. Ward and Mr. Gadsden were not targeted for performance reasons, but because they were high-level and tenured Black leaders associated with me and my efforts to diversify the organization.

27. In my 22 years of leadership, I was unaware of any policy prohibiting managers from forwarding business emails to personal accounts.

28. Firing a top performing manager without coaching, training, or a write-up is a clear departure from J.C. Lewis standard practice.

29. Furthermore, I never witnessed HR sitting next to a manager for hours at a time in a managers' office on a Saturday (typically our busiest day).

30. Mr. Ward and John Delaney are my current employees.

31. All information in this affidavit is true and accurate to the best of my knowledge and beliefs.

_____    ____4/24/26_____
Signature                                                    Date

Signed and sworn to (or affirmed) before me on __4/24/26__ by __Caryn Burke__ .

_____
Signature of Notary Public State of Georgia                    (seal)

My Commission Expires: __MArCH 16, 2028__