# Exhibit B: EEOC Right to Sue (Apr. 2, 2026)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Savannah Local Office**
7391 Hodgson Memorial Drive, Suite 200
Savannah, GA 31406
(912) 358-2810
Website: www.eeoc.gov

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 04/02/2026

**To:** Mr. Justin B. Ward Sr.
108 Danbury Court
Pooler, GA 31322

Charge No: 415-2026-01306

EEOC Representative and email:    Donald House
Investigator
Donald.House@eeoc.gov

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 415-2026-01306.

On behalf of the Commission,

Digitally Signed By: Jennifer Bessick
04/02/2026

Jennifer Bessick
Director

**Cc:**

Margorie Solomon
JC Lewis Motor Company
9505 Abercorn Street
Savannah, GA 31419

Please retain this Notice for your records.