**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **JUSTIN WARD and NIKIYA WARD,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | |
| **J.C. LEWIS MOTOR COMPANY; WALTER LEWIS; STEPHEN STATON; MARJORIE SOLOMON; and MIKE OFFER,** | ) | **Case No.: 4:26-cv-00173-RSB-CLR** |
| **Defendants.** | ) | |

**DISCLOSURE STATEMENT OF PARTIES AND INTERVENORS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 7.1 AND CIVIL LOCAL RULE 7.1**

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, the undersigned counsel of record for Defendants J.C. Lewis Motor Company, Walter Lewis, Stephen Staton, Marjorie Solomon, and Mike Offer hereby certify:

1) I am counsel for the following parties:

| NAME | PARTY DESIGNATION |
|---|---|
| J. C. Lewis Motor Company | Defendant |
| Walter Lewis | Defendant |
| Stephen Staton | Defendant |
| Marjorie Solomon | Defendant |
| Mike Offer | Defendant |

2) This is a full and complete list of officers, directors, and trustees of J.C Lewis Motor Company:

| NAME | TITLE |
|---|---|
| Walter N. Lewis | President & Chairman |
| S. Wistar Lewis | Vice President |
| J. Curtis Lewis, III | Vice President & Secretary |
| J. Christian Lewis | Vice President |
| Randy Herth | Chief Financial Officer |

3) This is a full and complete list of all other persons, associations of persons, firms, partnerships, subsidiaries and parent corporations, and organizations which have a financial interest in, or another interest which could be substantially affected by, the outcome of this case, including any parent or publicly-held corporation that holds ten percent (10%) or more of a party's stock (if no such individual or entity, state NONE):

| NAME | TITLE/RELATIONSHIP |
|---|---|
| Wesco Insurance Company | Insurance Company |

4) **If jurisdiction is based on diversity of citizenship, counsel must also provide the following disclosure.** This is a full and complete list of every individual or entity whose citizenship is attributable to a party or intervenor:

| NAME | RELATIONSHIP | CITIZENSHIP |
|---|---|---|
| N/A | | |

Respectfully submitted this 3rd day of August 2026.

**HUNTER, MACLEAN, EXLEY & DUNN, P.C.**

*/s/Wade W. Herring, II*
Wade W. Herring, II
Georgia Bar No. 349343
*Attorneys for J.C. Lewis Motor Company; Walter Lewis; Stephen Staton; Marjorie Solomon; and Mike Offer*

Post Office Box 9848
Savannah, Georgia 31412
Telephone: 912.236.0261
Facsimile: 912.236.4936
Email: wherring@huntermaclean.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **JUSTIN WARD and NIKIYA WARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **J.C. LEWIS MOTOR COMPANY;** | ) | **Case No.: 4:26-cv-00173-RSB-CLR** |
| **WALTER LEWIS; STEPHEN STATON;** | ) | |
| **MARJORIE SOLOMON; and MIKE** | ) | |
| **OFFER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day caused to be filed the within and foregoing **DISCLOSURE STATEMENT OF PARTIES AND INTERVERNORS** upon all parties to this matter by using the electronic filing system which will send a notice of electronic filing to the following:

Brandy Scott Mai
Brandy Mai Law Firm, PC
101 Blue Moon Crossing, Ste 3-249
Pooler, Georgia 31322
brandy@brandymai.com

This 3rdt day of August, 2026.

**HUNTER, MACLEAN, EXLEY & DUNN, P.C.**

*/s/Wade W. Herring, II*
Wade W. Herring, II
Georgia Bar No. 349343
*Attorneys for J.C. Lewis Motor Company; Walter Lewis; Stephen Staton; Marjorie Solomon; and Mike Offer*

Post Office Box 9848
Savannah, Georgia 31412
Telephone: 912.236.0261
Facsimile: 912.236.4936
Email: wherring@huntermaclean.com