**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

**Justin Ward** and **Nikiya Ward,**

Plaintiffs,

CIVIL ACTION NO.
4:26-cv-00173-RSB-CLR

v.

**J.C. Lewis Motor Company; Walter Lewis; Stephen Staton; Marjorie Solomon;** and **Mike Offer,**

Defendants.

**[PROPOSED] ORDER GRANTING PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE AN OUT OF TIME RESPONSE TO DEFENDANT'S MOTION TO COMPEL**

Upon consideration of Plaintiff's Opposed Motion for Leave to File an Out of Time Response, any opposition thereto, and the record in this case, the Court finds that: (1) Defendants have not suffered/will not suffer unfair prejudice as a result of the minor, less-than-24-hour delay; (2) the minimal delay has zero impact on the Court's judicial proceedings or scheduling order; (3) the brief delay was the result of an isolated administrative error made in good faith; and (4) Plaintiff acted promptly to cure the error.

ACCORDINGLY, IT IS HEREBY ORDERED that Plaintiff's Motion for Leave is GRANTED and the [Clerk/Plaintiff] is DIRECTED to file Plaintiff's Response to Defendant's Motion to Compel (attached as Exhibit A to Plaintiff's Motion) on the docket as of the date of this Order.

SO ORDERED this _____ day of __________________, 2026.

____________________________________
U.S. [Magistrate / District] Judge
Southern District Of Georgia