**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **JUSTIN WARD and NIKIYA WARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **J.C. LEWIS MOTOR COMPANY, WALTER LEWIS, STEPHEN STATON, MARJORIE SOLOMON and MIKE OFFER,** | ) | **Case No.: 4:26-cv-00173-RSB-CLR** |
| | ) | |
| **Defendants.** | ) | |

## APPLICATION FOR LEAVE OF ABSENCE

COMES NOW Wade W. Herring, II, counsel for J.C. LEWIS MOTOR COMPANY, WALTER LEWIS, STEPHEN STATON, MARJORIE SOLOMON and MIKE OFFER and respectfully requests the Court grant him leave of absence for November 16, 2026, through November 27, 2026, in the above case, for which he is attorney of record, now pending in the United States District Court for the Southern District of Georgia. The purpose of this leave is a serious family medical matter requiring counsel's presence and assistance.

Respectfully submitted this 23rd day of September, 2026.

**HUNTER, MACLEAN, EXLEY & DUNN, P.C.**

*/s/Wade W. Herring, II*

Wade W. Herring, II
Georgia Bar No. 349343
*Attorneys for J.C. LEWIS MOTOR COMPANY, WALTER LEWIS, STEPHEN STATON, MARJORIE SOLOMON and MIKE OFFER*

Post Office Box 9848
Savannah, Georgia 31412
Telephone: 912.236.0261
Facsimile: 912.236.4936
Email: wherring@huntermaclean.com

**CERTIFICATE OF SERVICE**

I certify that the foregoing was caused to be filed on September 23rd, 2026, through the Courts CM/ECF system and will be sent electronically to registered participants as identified on the Notice of Electronic Filing.

Brandy Scott Mai
Brandy Mai Law Firm, PC
101 Blue Moon Crossing, Suite 3-249
Pooler, Georgia 31322
brandy@brandymai.com

This 23rd day of September, 2026.

**HUNTER, MACLEAN, EXLEY & DUNN, P.C.**

*/s/Wade W. Herring, II*

Wade W. Herring, II
Georgia Bar No. 349343
*Attorneys for J.C. LEWIS MOTOR COMPANY, WALTER LEWIS, STEPHEN STATON, MARJORIE SOLOMON and MIKE OFFER*

Post Office Box 9848
Savannah, Georgia 31412
Telephone: 912.236.0261
Facsimile: 912.236.4936
Email: wherring@huntermaclean.com