**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **JUSTIN WARD and NIKIYA WARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **J.C. LEWIS MOTOR COMPANY, WALTER LEWIS, STEPHEN STATON, MARJORIE SOLOMON and MIKE OFFER,** | ) | **Case No.: 4:26-cv-00173-RSB-CLR** |
| | ) | |
| **Defendants.** | ) | |

**ORDER ON APPLICATION FOR LEAVE OF ABSENCE**

Wade H. Herring, II, having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objection received:

**IT IS HEREBY ORDERED** that Wade W. Herring, II be granted a leave of absence for the following dates: November 16, 2026, through November 27, 2026.

____________________________________

HON. R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA