# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number: 4:26-CV-173

Plaintiff: **JUSTIN AND NIKIYA WARD**
vs.
Defendant: **J.C. LEWIS MOTOR COMPANY; WALTER LEWIS; STEPHEN STATON; MARJORIE SOLOMON; AND MIKE OFFER**

WIN2026000436

For:
BRANDY MAI LAW FIRM, PC
101 BLUE MOON XING
STE 3-249
POOLER, GA 31322

Received by Wilson Investigation Network on the 28th day of August, 2026 at 11:30 am to be served on **WALTER LEWIS, 501 MEMORIAL BLVD, POOLER, GA 31322**.

I, GRADY WILSON, being duly sworn, depose and say that on the **17th day of September, 2026** at **5:59 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons In A Civil Action, Verified Complaint, Verification of Plaintiff Nikiya Ward, Verification of Plaintiff Justin Ward, Exhibit A: Copy Of Affidavit Of James Eady, Exhibit B: Copy Of EEOC Right To Sue (Apr. 2, 2026) and Civil Cover Sheet.** with the date and hour of service endorsed thereon by me, to: **WALTER LEWIS** at the address of: **508 GREEN ISLAND ROAD, SAVANNAH, GA 31411**, and informed said person of the contents therein, in compliance with state statutes.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Additional Information pertaining to this Service:**
9/17/2026 5:59 pm The defendant was served at his residence without incident.

**Description** of Person Served: Age: 72, Sex: M, Race/Skin Color: Caucasian, Height: 6'0", Weight: 190, Hair: Grey, Glasses: N

I certify that I am over the age of 18, competent to give this affidavit have no interest in the above captioned case.

**GRADY WILSON**
Process Server

**Wilson Investigation Network**
**1831 Ben James Church Road**
**Blackshear, GA 31516**
**(912) 590-2608**

Our Job Serial Number: WIN-2026000436

Subscribed and Sworn to before me on the 22nd day of September, 2026 by the affiant who is personally known to me.

NOTARY PUBLIC

CAROLYN C. DIXON
NOTARY PUBLIC
COMMISSION EXPIRES JUNE 11, 2028
PIERCE COUNTY, GEORGIA

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* WALTER LEWIS

was received by me on *(date)* 08/28/2026 .

☑ I personally served the summons on the individual at *(place)* 508 GREEN ISLAND ROAD, SAVANNAH, GEORGIA 31411 on *(date)* 09/17/2026 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ________, a person of suitable age and discretion who resides there, on *(date)* ________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ________, who is designated by law to accept service of process on behalf of *(name of organization)* ________ on *(date)* ________ ; or

☐ I returned the summons unexecuted because ________ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/17/2026

[signature]
*Server's signature*

GRADY WILSON - CIVIL PROCESS SERVER
*Printed name and title*

WILSON INVESTIGATION NETWORK, LLC
1831 BEN JAMES CHURCH ROAD
BLACKSHEAR, GEORGIA 31516 (912) 590-2608
*Server's address*

Additional information regarding attempted service, etc: