**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **JUSTIN WARD and NIKIYA WARD,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**J.C. LEWIS MOTOR COMPANY, WALTER LEWIS, STEPHEN STATON, MARJORIE SOLOMON and MIKE OFFER,**<br><br>**Defendants.** | ) | **Case No.: 4:26-cv-00173-RSB-CLR** |

**ORDER ON APPLICATION FOR LEAVE OF ABSENCE**

Wade H. Herring, II, having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objection received:

**IT IS HEREBY ORDERED** that Wade W. Herring, II be granted a leave of absence for the following dates: November 16, 2026, through November 27, 2026.

SO ORDERED this 24th day of September, 2026.

Christopher L. Ray

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA